IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR MACHADO and SANDRA GARCIA,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITION, et al.,<br><br>Defendants. | Case No.: 12-cv-6501 JSC<br><br>**ORDER TO SHOW CAUSE** |

This civil action was filed by pro se Plaintiffs Oscar Machado and Sandra Garcia on December 21, 2012. (Dkt. No. 1.) A review of the docket indicates that although the summons was issued on February 15, 2013 (Dkt. No. 10), Plaintiffs have yet to serve Defendants or file proof of service. Further, Plaintiffs failed to appear for the Case Management Conference on April 18, 2013; however, that same day William Lionel Schmidt filed a notice of appearance as counsel for Plaintiffs.

Accordingly, Plaintiffs are ordered to show cause as to why this action should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41 based on Plaintiffs' failure to serve Defendants and failure to appear for the Case Management Conference. Plaintiffs shall appear and show cause on May 9, 2013 at 1:30 p.m., in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Plaintiffs

1 shall also submit a written response to this Order by May 2, 2013 showing cause as to why
2 this action should not be dismissed for failure to prosecute and shall simultaneously file
3 proof of service of the Summons and Complaint. Failure to comply with this order may
4 result in the dismissal of this action. *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Dated: April 23, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE