1

2

3

4

5

6

7

8

9

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12

13

14

15

16

17

18

| | |
|---|---|
| OSCAR MACHADO and SANDRA GARCIA,<br><br>            Plaintiffs,<br><br>     v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITION, et al.,<br><br>            Defendants. | Case No.: 12-cv-6501 JSC<br><br>**ORDER TO SHOW CAUSE** |

19       This civil action was filed by pro se Plaintiffs Oscar Machado and Sandra Garcia on

20   December 21, 2012. (Dkt. No. 1.)  A review of the docket indicates that although the

21   summons was issued on February 15, 2013 (Dkt. No. 10), Plaintiffs have yet to serve

22   Defendants or file proof of service.  Further, Plaintiffs failed to appear for the Case

23   Management Conference on April 18, 2013; however, that same day William Lionel Schmidt

24   filed a notice of appearance as counsel for Plaintiffs.

25       Accordingly, Plaintiffs are ordered to show cause as to why this action should not be

26   dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41 based on

27   Plaintiffs' failure to serve Defendants and failure to appear for the Case Management

28   Conference.  Plaintiffs shall appear and show cause on May 9, 2013 at 1:30 p.m., in

Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Plaintiffs

United States District Court
Northern District of California

1    shall also submit a written response to this Order by May 2, 2013 showing cause as to why

2    this action should not be dismissed for failure to prosecute and shall simultaneously file

3    proof of service of the Summons and Complaint.  Failure to comply with this order may

4    result in the dismissal of this action. *See* Fed. R. Civ. P. 41(b).

5            **IT IS SO ORDERED.**

6

7    Dated:  April 23, 2013

8                                                                    _____

                                                                     JACQUELINE SCOTT CORLEY

9                                                                    UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2