United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR MACHADO and SANDRA GARCIA,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>Defendants. | Case No.: 12-cv-6501 JSC<br><br>**ORDER DISCHARGING SHOW CAUSE ORDER AND DIRECTING ISSUANCE OF SUMMONS** |

This civil action was filed by pro se Plaintiffs Oscar Machado and Sandra Garcia on December 21, 2012. On April 23, 2013, the Court issued an Order to Show Cause (Dkt. No. 14) because Plaintiffs failed to appear for the Initial Case Management Conference and had yet to serve Defendants. Plaintiffs, through newly retained counsel, have filed a response to the Order to Show cause and request reissuance of the summons. In their response, Plaintiffs indicate that that they did not serve the summons and complaint because they were waiting for the Clerk's Office to send them an in forma pauperis application; however, Plaintiffs had already paid the filing fee for this action.

The Order to Show Cause issued April 23, 2013 is VACATED and the hearing will be taken off calendar. Plaintiffs' request for an extension of time to serve Defendants is GRANTED. Pursuant to Federal Rule of Civil Procedure 4(m) and good cause appearing,

Plaintiffs shall have 30 days to serve the amended summons and complaint from issuance of the summons.

The Clerk shall issue an amended summons specifying that Plaintiffs are represented by counsel, William Schmidt, Esq.

A further Case Management Conference is scheduled for July 11, 2013 at 1:30 p.m. in Courtroom F, 450 Golden Gate Avenue, San Francisco, California. The Joint Case Management Conference Statement is due July 5, 2013.

**IT IS SO ORDERED.**

Dated: May 1, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE