William L. Schmidt, Esq. SBN 206870
**WILLIAM L. SCHMIDT, ATTORNEY AT LAW, P.C.**
377 W. Fallbrook Avenue, Suite 205
Fresno, CA 93711
Telephone: 559 261.2222
Facsimile: 559 436.8136
Email: legal.schmidt@gmail.com

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR MACHADO and SANDRA GARCIA, Individually and as Successors in Interest to the ESTATE OF ALEX MACHADO<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>Defendants. | Case No.: 3:12-CV-06501 JSC<br><br>**REQUEST TO APPEAR TELEPHONICALLY AT MOTION TO DISMISS HEARING** |

**TO THE COURT, THE PARTIES AND COUNSEL OF RECORD:**

Plaintiff's counsel, William L. Schmidt, respectfully requests the Court's permission to appear telephonically at the Motion to Dismiss Hearing to be held in this matter on October 31, 2013, at 9:00 a.m., in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.  Good cause for the requested telephonic appearance exists as Plaintiff's counsel is located in Fresno, California , 190 miles and (3 ½ hours ) away from the San Francisco United States District Court. Plaintiff submits that counsel can effectively participate by telephone and that no party will suffer prejudice or inconvenience as a result of his telephonic appearance. Mr. Schmidt will be available by his personal office telephone at 559.261.2222.

Date:  October 23, 2013                                    WILLIAM L. SCHMIDT, ATTORNEY AT LAW, P.C.
                                                                              /s/William L. Schmidt
                                                                          William L. Schmidt
                                                   Attorney for Plaintiffs Oscar Machado and Sandra Garcia

**Proof of Service**

The undersigned hereby declares:

I am over the age of 18 years and not a party to or interested in the within entitled cause. I am an employee of William L. Schmidt Attorney at Law and my business address is 377 W. Fallbrook Ave., Suite 205, Fresno, CA 93711. On the date stated below, I served a true copy of:

**REQUEST TO APPEAR TELEPHONICALLY**

☒ By mail, by placing said document(s) in an envelope addressed as shown below and upon all other parties who have appeared via electronic mail through CM/ECF. I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service, to wit, that correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. I sealed said envelope and placed it for collection and mailing on the date stated below to the addressee stated below, following ordinary business practices.

☐ By Overnight Delivery by placing said document(s) in a sealed Overnight Delivery envelope addressed as shown below and causing such envelope delivered by commercial carrier service for overnight delivery to the addresses shown below.

☐ By e-mail pursuant to the agreement of the parties to use e-mail transmission as the method of service to the e-mail address listed below. The transmission of the documents was reported as complete and without error.

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed at Fresno, California on October 23, 2013.

/s/Debi Jonigian-Schmidt

Debi Jonigian-Schmidt

```
Counsel shall contact Court Call at 1-888-882-6878 to make
the arrangements to appear by telephone.


Dated: October 24, 2013
```

GRANTED
Jacqueline S. Corley
Judge Jacqueline Scott Corley
Case No.: 3:12-cv-06501 JSC

1
PROOF OF SERVICE