1
2
3
4
5
6

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR MACHADO and SANDRA GARCIA, Individually and as Successors in Interest to the ESTATE OF ALEX MACHADO<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>Defendants. | Case No.: 3:12-CV-06501 JSC<br><br>~~PROPOSED~~ ORDER TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE |

GOOD CAUSE EXISTING, Plaintiff's counsel, William L. Schmidt's, request to appear telephonically at the Case Management Conference to be held in this matter on May15, 2014, at 1:30 p.m., in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco, California is granted.

```
Counsel shall contact Court Call at 1-888-882-6878 to make the
 arrangements to appear by telephone.
```

Date: April 16, 2014

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

1

Case No.:  C 12-06501 JSC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

Case No.:  111CV204090