| | |
|---|---|
| KAMALA D. HARRIS<br>Attorney General of California<br>DAMON G. MCCLAIN<br>Supervising Deputy Attorney General<br>SHARON A. GARSKE<br>Deputy Attorney General<br>State Bar No. 215167<br>  1515 Clay Street, 20th Floor<br>  P.O. Box 70550<br>  Oakland, CA 94612-0550<br>  Telephone: (510) 622-4464<br>  Fax: (510) 622-2270<br>  E-mail: Sharon.Garske@doj.ca.gov<br>*Attorneys for Defendant CDCR* | WILLIAM L. SCHMIDT<br>William L. Schmidt, Attorney at Law, P.C.<br>State Bar No. 206870<br>377 West Fallbrook, #205<br>Fresno, CA 93711<br>Telephone: 559.261.2222<br>Fax: 559.436.8163<br>E-mail: legal.schmidt@gmail.com<br>*Attorneys for Plaintiffs*<br>*Machado, Garcia, and*<br>*the Estate of Alex Machado* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **OSCAR MACHADO AND SANDRA GARCIA,**<br><br>                              Plaintiffs,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>                              Defendants. | C 12-6501 JSC (PR)<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br>**(Fed. R. Civ. P. 41(a)(1)(A)(ii))**<br><br><br>Judge:       Honorable Jacqueline S. Corley<br>Trial Date:   August 10, 2015<br>Action Filed: December 21, 2012 |

Plaintiffs Oscar Machado, Sandra Garcia, and the Estate of Alex Machado, and Defendant California Department of Corrections and Rehabilitation (CDCR), have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Each party shall bear its own litigation costs and attorney's fees.

It is so stipulated.

1

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (C 12-6501 JSC (PR))

| | |
|---|---|
| 1  Dated: February 19, 2015 | Respectfully submitted, |
| 2 | |
| 3 | */S/WILLIAM L. SCHMIDT*<br>WILLIAM L. SCHMIDT |
| 4 | William L. Schmidt, Attorney at Law, P.C.<br>*Attorneys for Plaintiffs* |
| 5 | *Machado, Garcia, and the Estate of Alex Machado* |

Dated: February 19, 2015                Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
DAMON G. MCCLAIN
Supervising Deputy Attorney General

*/S/SHARON A. GARSKE*
SHARON A. GARSKE
Deputy Attorney General
*Attorneys for Defendant*
*CDCR*

In accordance with the parties' stipulation, this action is dismissed with prejudice. The Clerk of the Court shall close the file. **IT IS SO ORDERED**.

Dated:   March 11, 2015

JACQUELINE SCOTT CORLEY
United States Magistrate Judge

SF2013404811
11446009.doc

2

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (C 12-6501 JSC (PR))